1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURICE JORDAN,

11           Petitioner,              No. 2:13-cv-0911 KJN P

12       vs.

13   R.T.C. GROUNDS, Warden,

14           Respondent.             ORDER

15   _____/

16           Petitioner, a state prisoner proceeding without counsel, filed a petition for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.  Petitioner consented to proceed before the undersigned for all purposes.  See 28 U.S.C.

19   § 636(c).

20           Examination of the in forma pauperis application reveals that petitioner is unable

21   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

22   granted.  See 28 U.S.C. § 1915(a).

23           Court records reflect that petitioner has another habeas corpus action pending in

24   this court challenging the same Solano County Superior Court judgment of conviction that he

25   seeks to challenge in this action.  See Jordan v. Grounds, No. 2:12-cv-3049 TLN CKD P.

26   Moreover, on April 29, 2013, petitioner's prior petitions in that case were dismissed, and

1   petitioner was granted leave to file a second amended petition.  (Id., Dkt. No. 23.)  Petitioner

2   previously filed a motion to amend in this earlier case as well.  (Id., Dkt. No. 21.)

3          The petition submitted in the instant action does not contain a case number, and is

4   not entitled "Second Amended Petition."  (Dkt. No. 1.)  Moreover, a comparison of the filings in

5   the earlier case with the petition submitted in this case does not demonstrate that petitioner

6   presented all of his claims in this petition, or complied with the court's April 29, 2013 order

7   issued in Case No. 12-cv-3049 TLN CKD P.  Therefore, the court declines to construe

8   petitioner's filing in this action as a motion to amend in Case No. 12-cv-3049 TLN CKD P.  See

9   Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008).

10         Because the instant petition is duplicative of petitioner's filing in Case No. 2:12-

11  cv-3049 TLN CKD P, this action is dismissed.  Petitioner must file a second amended petition

12  for writ of habeas corpus in Case No. 2:12-cv-3049 TLN CKD P that complies with the April 29,

13  2013 order.  If petitioner cannot meet the deadline set in the April 29, 2013 order, petitioner must

14  timely file a request for extension of time in Case No. 2:12-cv-3049 TLN CKD P.

15         Petitioner is cautioned that he may only challenge his 2009 conviction in one

16  federal court case, which is Case No. 2:12-cv-3049 TLN CKD P.  All of petitioner's filings that

17  challenge the 2009 conviction must reference the case number assigned in Jordan v. Grounds,

18  2:12-cv-3049 TLN CKD P.

19         In light of the above, petitioner's pending motions are denied as moot.  If

20  petitioner seeks appointment of counsel to represent him in connection with his challenge to the

21  2009 conviction, petitioner must file a motion in Case No. 2:12-cv-3049 TLN CKD P.

22         Accordingly, IT IS HEREBY ORDERED that:

23         1.  Petitioner's motion to proceed in forma pauperis is granted.

24         2.  Petitioner's May 8, 2013 motions (ECF Nos. 2 & 4) are denied without

25  prejudice.

26         3.  This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

1        4.  The court declines to issue the certificate of appealability referenced in 28

2  U.S.C. § 2253.

3  DATED:  May 22, 2013

4

5                                              _____

6                                              KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

7  jord0911.mta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26